UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD M. GREEN,
et al.,

      Plaintiffs,

v.                                      CASE NO. 8:04-cv-665-T-23EAJ

CONTEC CORPORATION,
et al.,

      Defendants.
_____/

**O R D E R**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiffs' unopposed motion (Doc. 45) "to withdraw and impose a charging lien" is **REFERRED** to the U.S. Magistrate Judge for disposition.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge