UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD M. GREEN,
et al.,

    Plaintiffs,

v.                                  CASE NO. 8:04-cv-665-T-23EAJ

CONTEC CORPORATION,
et al.,

    Defendants.
_____/

**O R D E R**

On June 30, 2005, Magistrate Judge Elizabeth A. Jenkins issued a report and recommendation (Doc. 52) to which no party objects. Accordingly, the report and recommendation (Doc. 52) is **ADOPTED**.

A final fairness hearing on the parties' joint motion for approval of settlement (Doc. 40) is scheduled for **October 11, 2005, at 8:30 A.M.**, before the Honorable Steven D. Merryday in Courtroom 15A, United States Courthouse, 801 N. Florida Avenue, Tampa, Florida. The plaintiffs shall mail, by first-class mail, return postage prepaid, the proposed notices (Doc. 51, Exs. A-B) to all class members regarding the proposed settlement and the time and location of the final fairness hearing (Doc. 51). The notices mailed to the class members must be postmarked no later than September 20, 2005. The notice of the proposed settlement shall indicate the last day to opt out of

the class before the hearing and the last day to submit objections to the proposed settlement to the plaintiffs' counsel.  The last day to opt out and the last day to submit objections must be no sooner than October 4, 2005.

ORDERED in Tampa, Florida, on August 15, 2005.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge
      Courtroom Deputy